IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| AEROGROUP INTERNATIONAL, INC., et al., | : | BK Case No. 17-11962 (KJC) |
| Debtors. | : | |
| _____ | : | |
| POLK 33 LENDING, LLC, | : | |
| Appellant, | : | |
| v. | : | C. A. No. 19-648-MN |
| | : | BAP No. 19-22 |
| THL CORPORATE FINANCE, INC., | : | ADV No. 18-50383 (KJC) |
| Appellee. | : | |

## **RECOMMENDATION**

At Wilmington this **25th** day of **April, 2019**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel, to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

As noted in the parties' joint submission, neither believe that the issues involved

are amenable to resolution through mediation.  Challenged on appeal is a portion of the final Order Dismissing Polk Lending, LLC's motion to Enforce Agreement by and Among the Debtors, Pol 33 Lending, LLC and THC Corporate Finance and the granting, in part, THL Corporate Finance, Inc.'s Motion fo Entry of an Order (1) valuing Secured Claims for Purpose of Allocating Sles Proceeds to Such Secured Claims and (2) Ordering Distributions which was entered on March 26, 2019 by the Bakruptcy Court.  The position of Polk is that in connection with THL's Allocation Motion, the Bankruptcy Court erred in findig that Appellee's credit bid did not cap the value of Appellee's collateral, that is, the Term Priority Defined Collateral, at the amount of the credit bid.  THL, the appellee, disputes this position.

The parties propose the following briefing schedule for this appeal:

| | |
|---|---|
| Appellant's Brief | 30 days after entry of an order withdrawing the matter for mandatory mediation |
| Appellee's Brief | 30 days after the filing of Appellant's brief |
| Appellant's Reply | 21 days after the filing of Appellee's brief. |

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court.  Since this Recommendation is consistent with the parties' request, no objections pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1 are anticipated.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge